DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KEBA WATSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-0287

[July 1, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Christopher William Pole, Judge; L.T. Case Nos. 18-000010AC10A and 16023656MU10A.

Gordon Weekes, Public Defender, and Sarah W. Sandler, Assistant Public Defender, Fort Lauderdale, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Heidi L. Bettendorf, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, KUNTZ and ARTAU, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***